```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 19870
    LAMARR JOHNSON
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-8598

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/18/2005 and was confirmed 10/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 09/27/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CACI                        NOTICE ONLY       NOT FILED         .00            .00
LOAN EXPRESS CO             UNSECURED            223.50         .00         223.50
ARROW FINANCIAL SERVICES    NOTICE ONLY       NOT FILED         .00            .00
CITICARDS                   NOTICE ONLY       NOT FILED         .00            .00
CLOUT VISA/M&I BANK         NOTICE ONLY       NOT FILED         .00            .00
PEOPLES GAS LIGHT & COKE    UNSECURED OTH       1033.75         .00         206.75
PEOPLES GAS                 NOTICE ONLY       NOT FILED         .00            .00
COMMONWEALTH EDISON         UNSECURED            583.73         .00         583.73
CITY OF CHICAGO WATER DE    NOTICE ONLY       NOT FILED         .00            .00
COUNTRYWIDE HOME LOANS      CURRENT MORTG          .00          .00            .00
AMERICASH LOANS LLC         UNSECURED            855.75         .00         855.75
NATIONAL QUICK CASH         UNSECURED            580.00         .00         580.00
CHECK N GO                  FILED LATE           621.00         .00            .00
ONE IRON VENTURES           UNSECURED        NOT FILED          .00            .00
COUNTRYWIDE HOME LOANS      MORTGAGE ARRE       6427.69         .00        6427.69
PROGRESSIVE MANAGEMENT S    UNSECURED        NOT FILED          .00            .00
PARK DAN SAN                UNSECURED        NOT FILED          .00            .00
I C COLLECTION SERVICE      UNSECURED        NOT FILED          .00            .00
CACI                        UNSECURED        NOT FILED          .00            .00
AMERICASH LOANS LLC         UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO DEPT OF     SECURED NOT I        443.75         .00            .00
CITY OF CHICAGO DEPT OF     SECURED NOT I        443.75         .00            .00
WILLIS E BROWN              DEBTOR ATTY            .00                         .00
TOM VAUGHN                  TRUSTEE                                         509.60
DEBTOR REFUND               REFUND                                          858.92

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    10,245.94


                    PAGE   1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 19870 LAMARR JOHNSON
```

```
PRIORITY                                                        .00
SECURED                                                    6,427.69
UNSECURED                                                  2,449.73
ADMINISTRATIVE                                                  .00
TRUSTEE COMPENSATION                                         509.60
DEBTOR REFUND                                                858.92
                                  ---------------    ---------------
TOTALS                                  10,245.94          10,245.94
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                        PAGE   2
        CASE NO. 05 B 19870 LAMARR JOHNSON